## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 08-01179 AG (PJWx) | Date | November 3, 2008 |
|---|---|---|---|
| Title | JOEL JOHNSON v. HOME DEPOT, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       **[IN CHAMBERS] ORDER TO SHOW CAUSE THAT REMOVAL WAS TIMELY**

Defendant Home Depot U.S.A., Inc. ("Defendant") filed a Notice of Removal in this case on October 22, 2008.

The procedure for removal is set forth in 28 U.S.C. § 1446, which provides:

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial proceeding has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

28 U.S.C. § 1446(b).

Here, Defendant has not established that it was served with the initial pleading in this case within thirty days before filing its Notice for Removal. Defendant is ORDERED TO SHOW CAUSE with papers filed by November 10, 2008, why this case should not be remanded. Such papers must show that Defendant was served with the initial pleading in this case no earlier than September 22, 2008. If Defendant fails to do so, this case will be remanded.

_____ : _____0_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-01179 AG (PJWx) | Date | November 3, 2008 |
|----------|-------------------------|------|------------------|
| Title | JOEL JOHNSON v. HOME DEPOT, et al. | | |

Initials of
Preparer