**TIMOTHY J. RYAN AND ASSOCIATES**
**ATTORNEYS AT LAW**
8072 WARNER AVENUE
HUNTINGTON BEACH, CALIFORNIA 92647
TELEPHONE (714) 898-4444
FAX (714) 891-5802

JS - 6

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JOEL JOHNSON, | CASE NO. SACV 08-01179 AG (PJWx) |
| Plaintiffs, | |
| v. | **ORDER** |
| HOME DEPOT, and DOES 1 through 20, inclusive, | |
| Defendant. | |
| AND ALL RELATED ACTIONS | |

IT IS HEREBY ORDERED that the above entitled case be remanded to Orange County Superior Court, case number 30-2008/00111177 .

Date: April 29, 2009

_____
Honorable Andrew J. Guilford

cc: Orange County Superior Court

-1-